No. 86–831.   PHILLIPS PETROLEUM CO. *v.* RICHARDSON ET AL. C. A. 8th Cir.   Certiorari denied.

No. 86–838.   NORDLICHT *v.* NEW YORK TELEPHONE CO. C. A. 2d Cir.   Certiorari denied.

No. 86–845.   LATTA ET AL. *v.* CITY OF ATLANTA ET AL.   Sup. Ct. Ga.   Certiorari denied.

No. 86–852.   APRILE ET AL. *v.* KENTUCKY.   Sup. Ct. Ky. Certiorari denied.

No. 86–866.   MORIARTY ET AL. *v.* FAIRFIELD COMMONS CONDOMINIUM ASSN. ET AL.   Ct. App. Ohio, Lucas County.   Certiorari denied.

No. 86–872.   ALLEN *v.* SPARTANBURG COUNTY DEPARTMENT OF SOCIAL SERVICES ET AL.   Sup. Ct. S. C.   Certiorari denied.

No. 86–906.   YONAN *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 86–954.   JOHNSON *v.* TINNEY, WARDEN.   C. A. 4th Cir. Certiorari denied.

No. 86–974.   ROBNETT *v.* UNITED STATES.   C. A. Fed. Cir. Certiorari denied.

No. 86–5503.   STEVENSON *v.* MISSOURI.   Sup. Ct. Mo.   Certiorari denied.

No. 86–5573.   SINGER *v.* PENNSYLVANIA.   Super. Ct. Pa. Certiorari denied.

No. 86–5621.   WHALEY *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 86–5627.   KIPERTS *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 86–5654.   BARR *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 86–5672.   HILLIARD *v.* SPALDING ET AL.   C. A. 9th Cir. Certiorari denied.